UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ALLEN HICKS, | Case No. 2:25-cv-00972-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

Petitioner David Allen Hicks has filed an unopposed motion for a 90-day extension of time to file his second amended petition. (ECF No. 17 ("Motion").) This is Hicks's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it finds that a 90-day extension is excessive. This Court notes that it disfavors such long extension requests but assures that it will entertain future requests for an extension of this deadline.

It is therefore ordered that the Motion (ECF No. 17) is granted. Hicks has up to and including January 23, 2026 to file his second amended petition.

DATED THIS 26th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE