UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID ALLEN HICKS,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:25-cv-00972-MMD-NJK

ORDER

Petitioner David Allen Hicks has filed a motion for a 60-day extension of time to file his second amended petition. (ECF No. 19 ("Motion").) This is Hicks's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 19) is granted. Hicks has up to and including March 24, 2026 to file his second amended petition.

DATED THIS 27th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE