UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ALLEN HICKS, | Case No.: 2:25-cv-00972-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

Petitioner David Allen Hicks has filed a motion for a 63-day extension of time to file his second amended petition, explaining that more time is needed to prepare the petition due to counsel's schedule and that an expert needs to be consulted before the amended petition can be filed. (ECF No. 22 ("Motion").) This is Hicks's third request for an extension of this deadline. Respondents oppose Hicks's Motion to the extent that he is conducting discovery. (ECF No. 23.) Because a ruling on whether the Court can consider evidence outside the state court record is premature, the Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 22) is granted. Hicks has up to and including May 26, 2026 to file his second amended petition.

DATED THIS 27th Day of March 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE