UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ALLEN HICKS, | Case No. 2:25-cv-00972-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

Petitioner David Allen Hicks has filed an unopposed motion for a 14-day extension of time to file his second amended petition. (ECF No. 26 ("Motion").) This is Hicks's fourth request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 26) is granted. Hicks has up to and including June 9, 2026 to file his second amended petition.

DATED THIS 29th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE