UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ALLEN HICKS,<br><br>Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-00972-MMD-NJK<br><br>ORDER |

Respondent has filed an unopposed motion for a 60-day extension of time to file his response to Petitioner David Allen Hicks's second amended petition. (ECF No. 30 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 30) is granted. Respondent has up to and including October 9, 2026, to file his response.

DATED THIS 17th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE