UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID ALLEN HICKS,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:25-cv-00972-MMD-NJK

EXTENSION ORDER

Respondents have filed an unopposed motion for a 30-day extension of time to file their response to Petitioner David Allen Hicks's second amended petition. (ECF No. 34 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 34) is granted. Respondents have up to and including December 23, 2026, to file their response.

DATED THIS 24th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE